```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**DOUGLAS MOLLENDICK,**

    **Plaintiff,**

**v.**  //  **CIVIL ACTION NO. 5:07CV94**
                                                    (Judge Keeley)

**WAL-MART STORES, INC.,**

    **Defendant.**

## ORDER RESCHEDULING SCHEDULING CONFERENCE

For reasons appearing to the Court, the scheduling conference previously set for **September 28, 2007 at 2:30 p.m.**, is **RESCHEDULED** for **September 27, 2007 at 4:00 p.m.** at the **Clarksburg, West Virginia**, point of holding court. Counsel may appear by telephone. If the scheduling conference is to be by telephone, the Court directs lead counsel for the plaintiff to initiate the call to **(304)624-5850**. Counsel for defendant shall notify plaintiff's counsel no later than 2:00 p.m. on September 26, 2007 of the number where they may be reached at the time of the call.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 24, 2007.

                                            /s/ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE