IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DOUGLAS MOLLENDICK,

    **Plaintiff,**

v.                   //     CIVIL ACTION NO. 5:07CV94
                               (Judge Keeley)

WAL-MART STORES, INC.,

    **Defendant.**

### ORDER GRANTING MOTION TO ENLARGE TIME

On October 30, 2007 the plaintiff, Douglas Mollendick ("Mollendick"), filed a motion to enlarge, by thirty days, the time period for amending pleadings to add parties. The original deadline to join parties was October 30, 2007. In support of his motion, Mollendick states that he has recently received information concerning the potential liability of a third party, and needs additional time to conduct brief further discovery on the issue of third-party liability. The defendant, Wal-Mart Stores, Inc., does not object.

For good cause shown, the Court **GRANTS** Mollendick's motion to enlarge time (dkt. no. 14), and **ORDERS** that the deadline to amend pleadings and/or join parties is now **November 30, 2007**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: November 6, 2007.

                                            /s/ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE