### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DOUGLAS MOLLENDICK,

      **Plaintiff,**

v.                         //    CIVIL ACTION NO. 5:07CV94
                                   (Judge Keeley)

WAL-MART STORES, INC.,

      **Defendant.**

### ORDER GRANTING PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT

On November 30, 2007, the plaintiff Douglas Mollendick ("Mollendick") filed "Plaintiff's Motion for Leave to Amend Complaint to Add Additional Defendant and Memorandum in Support Thereof." In the motion to amend the complaint, Mollendick requests permission to add Linda J. Durig, d/b/a Doolin Landscaping Service ("Doolin") as an additional defendant. The current defendant, Wal-Mart Stores, Inc. ("Wal-Mart"), has indicated to Mollendick that it does not oppose the motion, and, in fact, intends to file a cross-claim against Doolin.

For good cause shown, the Court **GRANTS** Mollendick's motion (dkt. no. 19) and **ORDERS** that Mollendick's amended complaint be filed and service be made on Doolin.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: December 13, 2007.

                                  /s/ Irene M. Keeley
                                  IRENE M. KEELEY
                                  UNITED STATES DISTRICT JUDGE