IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

DOUGLAS MOLLENDICK,

    Plaintiff,

vs.

    Civil Action No. 5:07-CV-94
    (Judge Irene M. Keeley)

WAL-MART STORES, INC., and
LINDA J. DURIG d/b/a DOOLIN
LANDSCAPING SERVICE,

    Defendants.

## ORDER GRANTING SUBSTITUTION OF COUNSEL

**THIS DAY** came Defendant Wal-Mart Stores, Inc. and moved the Court to permit the withdrawal of its current counsel, Michael G. Gallaway and Spilman Thomas & Battle, PLLC, and to substitute Daniel P. Taylor and Dittmar, Taylor & Makricostas, PLLC as its counsel in this action.

The Court, neither hearing or perceiving any objection to the motion, **ORDERS** that Michael G. Gallaway and Spilman Thomas & Battle, PLLC are hereby granted leave to withdraw as counsel for Defendant Wal-Mart Stores, Inc. and that Daniel P. Taylor and Dittmar, Taylor & Makricostas, PLLC be and they are hereby substituted as counsel of record for Defendant Wal-Mart Stores, Inc. in this action.

Entered this 30th day of January 2008.

534721

_____
CHIEF JUDGE IRENE M. KEELEY

Prepared by:

/s/ Michael G. Gallaway
Michael G. Gallaway (WV Bar# 5071)
SPILMAN THOMAS & BATTLE, PLLC
1217 Chapline Street
Wheeling, WV 26003
(304) 230-6950
(304) 230-6951 Fax
mgallaway@spilmanlaw.com
*Withdrawing counsel for Wal-Mart*

Approved by:

/s/ Daniel P. Taylor
Daniel P. Taylor (WV Bar# 5821)
DITTMAR, TAYLOR & MAKRICOSTAS, PLLC
320 Penco Road
P.O. Box 2827
Weirton, WV 26062
(304) 723-9670
(304) 723-9674 Fax
dtaylor@tayaklaw.com
*Substituting counsel for Wal-Mart*

534721