IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DOUGLAS MOLLENDICK,**

    **Plaintiff,**

*vs.*

**WALMART STORES, INC.,**

*vs.*                                           **CRIMINAL ACTION NO. 5:07CV94**
                                               **(The Honorable Irene M. Keeley)**

**LINDA J. DURIG, d/b/a DOOLIN
LANDSCSAPING SERVICE, a West Virginia
Licensed Contractor,**

    **Defendant.**

## ORDER

On the 1ˢᵗ day of February, 2008, upon agreement of counsel, it is, hereby, **ORDERED**, that the Motion to Vacate Scheduling Order Dated October 2, 2007, and Request for Status Conference, filed by Defendant Linda J. Durig, d/b/a Doolin Landscaping Service, is **GRANTED** (Docket Entry 29]. A status conference is hereby scheduled for the 11ᵗʰ day of February, 2008, at 11:00 a.m., at the Clarksburg point of holding court.

It is further **ORDERED** that the parties confer prior to the February 11, 2008, status conference in an effort to agree upon the discovery limitations and provide the Court with their views as to when the case will be ready for trial.

The United States Clerk for the Northern District of West Virginia is directed to provide a copy of this order to counsel of record and all involved agencies.

DATED: February 5, 2008.

                                               /s *John S. Kaull*
                                               JOHN S. KAULL
                                               UNITED STATES MAGISTRATE JUDGE